STATE OF NEW JERSEY v. HENRY PIUS SMITH.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY JOHNSON.

July 2, 1982.

Petition for certification denied.

ROBERT CONNOLLY v. STATE OF NEW JERSEY,
DEPARTMENT OF TRANSPORTATION.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. RALPH PERNA.

July 2, 1982.

Petition for certification denied.